JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID RUBIO,<br>Plaintiff,<br>vs.<br>UNITED OF OMAHA LIFE INSURANCE COMPANY; *et al.*<br>Defendants. | Case No. 8:25-cv-01618-CV (KESx)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |

On June 3, 2026, the Parties filed a Stipulation for Dismissal of Action with Prejudice. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: 7/8/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE